## CENTRAL FALLS FIREFIGHTERS

v.

## CITY OF CENTRAL FALLS.

### No. 80–252–A.

Supreme Court of Rhode Island.

July 23, 1981.

Powers & McAndrew, Daniel K. Kinder, Providence, for plaintiff.

Robert H. Newman, City Sol., Central Falls, for defendant.

### ORDER

The defendant's motion to seek affirmance out-of-time is granted. The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) and defendant's motion for counsel fee are both denied.

WEISBERGER, J., did not participate.

## William B. COOLEY

v.

## JOHN M. ANDERSON CO.

## ELLIOTT BROTHERS TRUCKING CO.

v.

## The TRAVELERS INDEMNITY CO.

### No. 79–423–A.

Supreme Court of Rhode Island.

July 23, 1981.

Higgins, Cavanagh & Cooney, John C. Peterson, Providence, for plaintiff, William B. Cooley.

Rice, Dolan, Kiernan & Kershaw, John W. Kershaw, Providence, for The Travelers Indemnity Co.

### ORDER

This case is assigned to the *show cause* calendar.

The third-party defendant Elliott Brothers Trucking Co. is directed to appear on a date to be assigned and *show cause* why the appeal of third-party plaintiff John M. Anderson Co. should not be sustained in light of *Pickering v. American Employers Inc. Co.*, 109 R.I. 143, 282 A.2d 584 (1971).

WEISBERGER, J., did not participate.

## William E. DeMAINE et al.

v.

## Louis CEDRONE et al.

### No. 79–339–A.

Supreme Court of Rhode Island.

July 23, 1981.

F. Monroe Allen, Providence, for plaintiffs.

Anthony M. Gallone, Providence, for defendants.

### ORDER

This case is assigned to the *show cause* calendar.

The plaintiffs are directed to appear on a date to be assigned and show cause why their appeal should not be dismissed in light of their failure to demonstrate any error in the decision of the trial justice.

WEISBERGER and SHEA, JJ., did not participate.